(October 16, 1967)

In the Matter of ALBERT MARTIN COHEN, an Attorney, Respondent. DENIS M. HURLEY, Petitioner.

Beldock, P. J., Christ, Rabin, Benjamin and Munder, JJ., concur.

CIGARETTE MACHINE SERVICE CORPORATION, Respondent, v. INTERNATIONAL FRANCHISE CORP. et al., Defendants, and FRANCHISES INTERNATIONAL, INC., Appellant.

Beldock, P. J., Christ, Brennan, Hopkins and Munder, JJ., concur.

In the Matter of SANTANA RAMOS, Respondent, v. FREDERIC S. BERMAN, as City Rent and Rehabilitation Administrator, Appellant.

Christ, Acting P. J., Brennan, Hopkins, Benjamin and Munder, JJ., concur.

MICHAEL MAMUNES, an Infant, by MARJORIE MAMUNES, His Mother and Natural Guardian, et al., Respondents, v. WILLIAMSBURGH GENERAL HOSPITAL, Appellant.

Christ, Acting P. J., Brennan, Hopkins, Benjamin and Munder, JJ., concur.